E. JOSEPH CONNAUGHTON (SBN 166765)
jconnaughton@paulplevin.com
JEFFREY P. MICHALOWSKI (SBN 248073)
jmichalowski@paulplevin.com
MEREDITH P. GRANT (SBN 305129)
mgrant@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone:   619-237-5200
Facsimile:   619-615-0700

Attorneys for Defendant KELLY SERVICES, INC.

Arnold P. Peter (SBN 120091)
apeter@peterlawgroup.com
**PETER LAW GROUP**
9100 Wilshire Boulevard, Suite 880 West
Beverly Hills, California 90212
Telephone:   310-277-0010
Facsimile:   310-432-0599

Attorneys for Plaintiff DANIEL RHODES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL RHODES, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>KELLY SERVICES, INC., and DOES 1-20 inclusive,<br><br>  Defendants. | Case No. 2:16-cv-00971-TLN-DB<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Judge:         Hon. Troy L. Nunley<br>Courtroom:  2<br>Mag. Judge:  Hon. Deborah Barnes<br>Courtroom:  27<br>Trial Date:   January 29, 2018 |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA.

PLEASE TAKE NOTICE that the parties to this action, Plaintiff Daniel Rhodes and Defendant Kelly Services, Inc., by and through their counsel, hereby stipulate that the above-captioned action has been settled as to all matters and move that it be dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii).

Dated: December 27, 2016            PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: _/s/ E. Joseph Connaughton_
E. JOSEPH CONNAUGHTON
JEFFREY P. MICHALOWSKI
MEREDITH P. GRANT
Attorneys for Defendant KELLY SERVICES, INC.

Dated: December 27, 2016            PETER LAW GROUP

By: _/s/ Arnold P. Peter_ (As authorized on December 27, 2016)
ARNOLD P. PETER
Attorneys for Plaintiff DANIEL RHODES.

1 | **SIGNATURE CERTIFICATION**

2 | I hereby certify that the content of this document is acceptable to Arnold P. Peter, counsel
3 | for Plaintiff Daniel Rhodes and that I have obtained the authorization of Mr. Peter to affix his
4 | electronic signatures to this document.

5 | Dated:  December 27, 2016          PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

7 | By:  */s/ E. Joseph Connaughton*
      E. JOSEPH CONNAUGHTON
8 |   JEFFREY P. MICHALOWSKI
      MEREDITH P. GRANT
9 |   Attorneys for Defendant KELLY SERVICES, INC.

# ORDER

Pursuant to the Parties' stipulation, this action is dismissed with prejudice.

**IT IS SO ORDERED:**

DATED: December ____, 2016

_____
Honorable Troy L. Nunley

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

4

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

## PROOF OF SERVICE

**Rhodes v. Kelly Services, Inc.**
**United States District Court, Eastern District of California, Case No. 2:16-cv-00971-TLN-DB**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 101 West Broadway, Ninth Floor, San Diego, CA 92101-8285.

On December 27, 2016, I served true copies of the following document(s) described as **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** on the interested parties in this action as follows:

Arnold P. Peter
PETER LAW GROUP
9100 Wilshire Blvd., Suite 880 West
Beverly Hills, CA 90212
Telephone: (310) 432-0500
Facsimile: (310) 432-0599
Email: apeter@peterlawgroup.com
Attorneys for Plaintiff

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 27, 2016, at San Diego, California.

_____
Mary F Duarte

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER